# Third District Court of Appeal

## State of Florida

Opinion filed June 18, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2010
Lower Tribunal No. 18-3438
_____

**Universal Property & Casualty Insurance Company,**
Appellant,

vs.

**James Kattan & Madelaine Kattan,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko Sanchez, Judge.

Akerman LLP, and Kristen M. Fiore (Tallahassee), Tracy T. Segal (West Palm Beach), and Gary J. Guzzi, for appellant.

Kula & Associates, P.A., and Elliot B. Kula and William D. Mueller, for appellees.

Before LOGUE, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

We affirm the amount of attorney's fees awarded in this first party property case because the record contains substantial competent evidence both for the application of the multiplier in this case and for the hourly rates and number of hours awarded by the trial court. See SafePoint Ins. Co. v. Castellanos, 394 So. 3d 731, 734 (Fla. 3d DCA 2024) ("Both the fee award and application of a multiplier are reviewed for an abuse of discretion. This Court reviews evidentiary findings regarding an attorney's fee award for competent substantial evidence." (citations omitted)).